# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055

www.nyfclaw.com

December 7, 2018

***VIA ECF and REGULAR MAIL***
Michael Wolk, Esq.
Law Offices of Michael B. Wolk, P.C.
31 West 34th Street, Suite 7040
New York, New York 10001

Re: **Gustavia Home, LLC v. 10586 Flatlands 1 Realty Corp.,** *et al.*
**Case No.: 17-cv-04188**

Dear Mr. Wolk:

We are the attorneys for Gustavia Home, LLC. Pursuant to Judge Margo K. Brodie's Individual Practice Rules, we served our Motion for an Appointment of a Receiver on **December 7, 2018** but did not file same inasmuch as Judge Brodie follows the "bundling rule." We enclosed the following documents (but did not file same on ECF):

- NOTICE OF MOTION
- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT A RECEIVER TO COLLECT RENTS
- DECLERATION IN SUPPORT OF MOTION TO APPOINT RECEIVER
- PROPOSED ORDER

Once the matter will be fully briefed, we will electronically file all pleadings with the Court.

Very truly yours,

/s/ Alan H. Weinreb

Alan H. Weinreb