UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

GUSTAVIA HOME LLC,

        Plaintiff,

-against-

10586 FLATLANDS 1 REALTY CORP; JP MORGAN CHASE BANK, N.A. ATLANTIC CREDIT & FINANCE INC.; NEW YORK CITY DEPARTMENT OF FINANCE; and NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

        Defendant(s).

---------------------------------------------x

**Index No.: 17-cv-04188**

NOTICE OF APPEAL

**NOTICE** is hereby given that Gustavia Home LLC, the Plaintiff in the above-entitled action, hereby appeals to the United States Court of Appeals for the Second Circuit from a memorandum and order entered in this action on the 31st March 2019.

Dated: Syosset, New York
      April 2, 2019

                                          Respectfully submitted,

                                          /s/ *Alan Smikun*
                                          Alan Smikun, Esq.