**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of June, two thousand and nineteen,

_____

Gustavia Home, LLC,

    Plaintiff - Counter - Defendant - Appellant,

v.

10586 Flatlands 1 Realty Corp.,

    Defendant - Counter - Claimant - Appellee,

JP Morgan Chase Bank, N.A., Atlantic Credit & Finance Inc., New York City Department of Finance, New York City Environmental Control Board,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 19-837

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/14/2019